THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| INSTAMED PHARMACEUTICALS, INC., a Utah Corporation; BENJAMIN BARTEL, an individual; and TRACY GIBBS, an individual,<br><br>              Plaintiffs,<br>v.<br><br>SARAH MORGAN, an individual; DOMINIQUE MAACK, an individual, and JOHN DOES 1-10,<br><br>              Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION TO EXPEDITE<br><br>Case No. 2:26-cv-00334-DBP<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Plaintiffs' Motion to Remand, Motion for Expedited Decision, and Motion for Attorney Fees.[1] As set forth herein the court DENIES Plaintiffs' Motion for Expedited Decision. The other parts of Plaintiffs' Motion remain pending.

Plaintiffs argue expedited consideration is needed here because Instamed is "suffering irreparable harm due to Defendants' conduct."[2] Further, a preliminary review of this case according to Plaintiffs, "demonstrates that remand is required."[3] To this end Plaintiffs request expedited briefing with any opposition to the Motion to Remand being filed on May 5, 2026, and a reply no later than May 7, 2026.

On May 4, 2026, Defendants filed an opposition to the Motion for Expedited Consideration.[4] Defendants seek to file a careful and thoughtful opposition and argue Instamed

---

[1] ECF No. 8.

[2] Motion at 17.

[3] *Id.* at 18.

[4] ECF No. 9.

has not shown any legitimate basis for expedited consideration. Further, Plaintiffs' own actions in this case undermine any claims of prejudice or urgency.

The court is not persuaded that expedited consideration is necessary here. Plaintiffs' Motion for an Expedited Decision along with expedited briefing is DENIED. The briefing in this matter is to follow the schedule and limits set forth in Local Rule 7-1.[5] However, if desired, Plaintiffs may choose to file their reply brief sooner than that set forth by the Local Rules.

DATED this May the 4th 2026.

_____
Dustin B. Pead
United States Magistrate Judge

---

[5] *See* DUCivR 7-1(D)(ii) ("A response to a motion must be filed within 14 days after service of the motion."). If necessary, and upon a showing of good cause, the parties may request overlength briefing.